DOUGLAS F. FAGAN
THE LAW OFFICES OF DOUGLAS F. FAGAN
8493 Newburgh St.
Riverside, CA 92508
Telephone: (951) 653-1717
Facsimile:  (951) 653-1770
Email: dfagan@huskerlaw.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MELISSA MELENDEZ, AN INDIVIDUAL, A.D. BY AND THROUGH HIS GUARDIAN AD LITEM MELISSA MELENDEZ,<br><br>       Plaintiffs,<br><br>vs.<br><br>BECKY MRA INVESTORS, L.P. A CALIFORNIA LIMITED LIABILITY CORPORATION, AND DOES 1 THRU 10, INCLUSIVE.<br><br>       Defendant | Case No.: 3:15-cv-4899-EDL<br><br>[PROPOSED] ORDER |

The parties request for an order extending the deadline to complete mediation based is granted.

[PROPOSED] ORDER - 1

IT IS SO ORDERED

The deadline by which mediation must be completed is now

<u>August 25, 2016.</u>

Dated: June 28, 2016



United States ~~District~~ Judge
Magistrate

[PROPOSED] ORDER - 2